IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holmes, Bernard | Case Number: 05 B 53299 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 94,500.00 | |
| Secured: | | 63,483.82 |
| Unsecured: | | 22,618.01 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 5,100.07 |
| Other Funds: | | 1,598.10 |
| Totals: | 94,500.00 | 94,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,700.00 | 1,700.00 |
| 2. | HomeComings Financial Network | Secured | 45,606.43 | 45,606.43 |
| 3. | HomeComings Financial Network | Secured | 10,344.43 | 10,344.43 |
| 4. | Resurgent Capital Services | Secured | 7,532.96 | 7,532.96 |
| 5. | Rx Acquisitions | Unsecured | 2,031.82 | 2,031.82 |
| 6. | Capital One | Unsecured | 614.36 | 614.36 |
| 7. | Capital One | Unsecured | 655.36 | 655.36 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 588.33 | 588.33 |
| 9. | Portfolio Recovery Associates | Unsecured | 444.70 | 444.70 |
| 10. | Aspire Visa | Unsecured | 330.86 | 330.86 |
| 11. | Capital One Auto Finance | Unsecured | 17,952.58 | 17,952.58 |
| 12. | Capital One Auto Finance | Unsecured | 23,435.66 | 0.00 |
| 13. | Ernesto D Borges Jr Esq | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Household Bank FSB | Unsecured | | No Claim Filed |
| 16. | International Magazine Service | Unsecured | | No Claim Filed |
| 17. | AT&T Wireless | Unsecured | | No Claim Filed |
| 18. | Magazine Subscription Service | Unsecured | | No Claim Filed |
| 19. | Orchard Bank | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 111,237.49 | $ 87,801.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Holmes, Bernard

Printed: 01/22/09

Case Number:  05 B 53299
Judge:  Wedoff, Eugene R
Filed:  10/13/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,039.49 |
| 5% | 405.01 |
| 4.8% | 777.59 |
| 5.4% | 1,749.58 |
| 6.5% | 965.24 |
| 6.6% | 163.16 |
|  | $ 5,100.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

